PROB 12A
(7/93)

# United States District Court

## for the

## Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 18 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

Name of Offender: Charles D. West          Case Number: 2:00CR00027-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 6/30/2000        Type of Supervision: Supervised Release

Original Offense: Bank Robbery, 18 U.S.C. § 2113(a)    Date Supervision Commenced: 8/23/2004

Original Sentence: Prison - 63 Months;      Date Supervision Expires: 8/22/2007
TSR - 36 Months

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

**Supporting Evidence**: The defendant went to New Horizons Care Centers to have an evaluation done in order to work toward getting his driver's license back. Upon the initial interview with New Horizons on July 27, 2005, Mr. West admitted to using crack cocaine the evening before. He indicated to the treatment provider that he only used it on the one occasion.

**U.S. Probation Officer Action**:

The drug and alcohol evaluation was completed, and Mr. West is now participating in a 3-month outpatient treatment program. The offender's urinalysis tests were also increased from once a month to twice a month.

Respectfully submitted,

by  *Anne Sauther* (signature)

Anne L. Sauther
U.S. Probation Officer
Date: August 17, 2005

Prob12A
Re: West, Charles D.
August 17, 2005
Page 2

[X]  Court Concurs with Officer Action
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons
[ ]  Other

_____
Signature of Judicial Officer

8/18/05
_____
Date