PROB 12A
(7/93)

# United States District Court

### for the

### Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 06 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

| | |
|---|---|
| Name of Offender: Charles D. West | Case Number: 2:00CR00027-001 |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge | |
| Date of Original Sentence: 6/30/2000 | Type of Supervision: Supervised Release |
| Original Offense: Bank Robbery, 18 U.S.C. § 2113(a) | Date Supervision Commenced: 8/23/2004 |
| Original Sentence: Prison - 63 Months; TSR - 36 Months | Date Supervision Expires: 8/22/2007 |

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Supporting Evidence**: Charles West violated the conditions of supervision by having a positive urinalysis test for cocaine on August 29, 2005. Mr. West contacted the U.S. Probation Office on September 2, 2005, and admitted to using cocaine. He indicates that his wife's grandmother is in the hospital and he had been up for three nights straight staying with her to make sure she did not quit breathing. The grandmother is having her leg amputated today and may not make it through the surgery. Mr. West indicates that he began having anxiety attacks, as he had previously had his leg amputated and resorted to using cocaine. He admitted that he made a poor decision and is requesting mental health counseling to deal with his anxiety.

Prob12A
Re: West, Charles D.
September 2, 2005
Page 2

**U.S. Probation Officer Action**:

Mr. West's urinalysis tests have been increased to four times a month. He has also been referred to Betty McQuirk and Associates for mental health counseling. Mr. West has also started outpatient drug and alcohol counseling. He has attended three sessions and looks forward to going. He feels that he is benefitting from these sessions. He is also attending two self-help groups every week.

Respectfully submitted,

by  Anne Sauther

Anne L. Sauther
U.S. Probation Officer
Date: September 2, 2005

[X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

9/6/05
Date