PROB 12B
(7/93)

Report Date: January 30, 2006

# United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 02 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Charles D. West                                       Case Number: 2:00CR00027-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 6/30/2000                                    Type of Supervision: Supervised Release

Original Offense: Bank Robbery, 18 U.S.C. § 2113(a)      Date Supervision Commenced: 8/23/2004

Original Sentence: Prison - 63 Months;                                Date Supervision Expires: 8/22/2007
TSR - 36 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

15. You shall reside in a community corrections center for a period of up to 30 days. You shall not be entitled to the benefits of the prerelease component. You shall abide by the rules and requirements of that facility. You shall remain at the facility until discharged by the Court.

### CAUSE

The offender was recently in inpatient treatment and was discharged 8 days early for leaving the program to get a taco. While in the program, his psychiatric medication was changed. The 30 days in the community corrections center will allow time to assess the medication the offender is on, as well as get him involved in an intensive outpatient program, along with mental health counseling.

Respectfully submitted,

by *Anne Sauther*

Anne L. Sauther
U.S. Probation Officer
Date: January 30, 2006

Prob 12B
Re: West, Charles D.
January 30, 2006
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

_Feb. 2, 2006_
Date